AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/28/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| CERTIFIED MAIL - RRR | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified - Return Receipt Requested
AIG Baker ORANGE Beach Wharf LLC
c/o Registered Agent, The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/2/08
            Date

Signature of Server  Diana Prescher
Burns, Cunningham & Mackey, P.C.
P.O. Box 1583
Mobile, AL  36633
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   AIG Baker ORANGE Beach Wharf LLC
   c/o Registered Agent
   The Corporation Company
   2000 Intersate Park Drive
   Suite 204
   Montgomery, AL  36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  The Corporation Company   ☒ Agent   ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery
   The Corporation Company        1-28-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7003 3110 0001 3567 9259

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   ALABAMA

RICK STUKES, and MARY BETH STUKES,

    Plaintiffs

V.

AIG BAKER ORANGE BEACH WHARF, L.L.C. and
ATI TITLE COMPANY, L.L.C.

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  08-47-WS-C

TO: (Name and address of Defendant)

AIG BAKER ORANGE BEACH WHARF, L.L.C.
Registered Agent
2000 Interstate Park Drive suite 204
Montgomery, AL   36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter F. Burns
BURNS, CUNNINGHAM, & MACKEY, P.C.
P.O. Box 1583
Mobile, AL   36633   or

Whit A. Thomas
307 South McKenzie Street, Suite 101
Foley, AL   36535

an answer to the complaint which is herewith served upon you, within   **Twenty (20)**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.**        January 24, 2008
CLERK        DATE

*Tina Wood*
(By) DEPUTY CLERK