IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICK STUKES, and MARY BETH STUKES, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. 08-47 |
| AIG BAKER ORANGE BEACH WHARF, L.L.C.; ATI TITLE COMPANY OF ALABAMA, LLC, | * * * * | |
| Defendants. | * | |

**RULE 3.4 DISCLOSURE STATEMENT**

COMES NOW the Defendant AIG Baker Orange Beach Wharf, L.L.C. and files this Disclosure Statement pursuant to Rule 3.4 of the Federal Rules of Civil Procedure.

A. <u>Parent Corporations:</u>  AIG Baker Orange Beach Wharf, L.L.C. is a single purpose entity organized to develop all or a portion of the Wharf project, and its sole member is AIG Baker Shopping Center Properties, L.L.C., whose sole member is AIG/BAKER PARTNERSHIP, general partners of which are Alex Baker Limited Partnership and AIG/Baker, LLC.  A. B. DEVELOPMENT, INC. is the general partner of Alex Baker Limited Partnership, of which Alex Baker is the President. AIG/Baker, LLC is a subsidiary of American International Group.

B. <u>Publicly held corporations that own 10% or more of party's stock:</u>   Other then American International Group, none of the referenced entities are publicly held.

        ARMBRECHT JACKSON LLP
        Post Office Box 290
        Mobile, Alabama 36601
        (251) 405-1300


        BY:  /s/ *J. Walton Jackson*
            Edward A. Dean (DEA005)
            ead@ajlaw.com

            J. Walton Jackson (JAC060)
            jwj@ajlaw.com


## CERTIFICATE OF SERVICE

    I certify that on  February 19, 2008 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Peter F. Burns
    Burns, Cunningham & Mackey, P.C.
    Post Office Box 1583
    Mobile, Alabama  36633

    Whit A. Thomas
    307 South McKenzie Street, Suite 101
    Foley, Alabama  36535


         /s/ *J. Walton Jackson*