**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RICK STUKES and MARY BETH STUKES,** | **:** |
| **Plaintiffs,** | **:** |
| **vs.** | **: CA 08-0047-CG-C** |
| **AIG BAKER ORANGE BEACH WHARF,** **L.L.C., et al.,** | **:** |
| | **:** |
| **Defendants.** | |

## ORDER

A review of the disclosure statement presented by AIG Baker Orange Beach Wharf, L.L.C. on February 19, 2008, (Doc. 13), pursuant to Local Rule 3.4 has been completed.  That review has not revealed any reason to believe that there are potential conflicts of interest that would require disqualification or recusal in this action.

DONE this 20th day of February, 2008.


 s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE